# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TAMEKA ROBINSON, AIS 245451, | : | |
| Petitioner, | : | |
| vs. | : | CA 09-0274-KD-C |
| CYNTHIA S. WHEELER-WHITE, | : | |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 25, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 25th day of September, 2009.

       **s/ Kristi K. DuBose**
       **KRISTI K. DuBOSE**
       **UNITED STATES DISTRICT JUDGE**